

2:11-0213

To: The Honorable Judge Faber

Sir I'm writing you this letter because I dont know who else to go to. I have written my P.O. Mr. Keith Zutaut, the Marshal Service, My Lawyer Mr. Lancaster and the Regional Jail Authority and yet the only thing that's happend, was my P.O. called the marshals like I ask and they came up here and took a statement from me and said — they would speak with their Super--visor and that was a wk. ago.

My complaint sir, is that on Feb 13, 2011 a C.O. Michael Toney, ran into B-1 (my unit at the time) gra--bbed me by the neck of my shirt punched me in my face, I ask this officer to stop hitting me and he - continued to punch me, knee me in my groin area, and attempted to choke me unconscious. All of this happend over me saying that it was wrong for the jail to wash our colored and white close together. "The officer stated before running in and attacking me that "he didn't give a fuck if our clothes got washed or not" "and for all he cared that we could wash each piece by →

pg. #2

- hand". And I responded by saying "Well Fuck you to then" and he responded by saying "no fuck you bitch" and thats when he started his assult on me. I never once raised my hands from my sides and there's over 20 inmates that witnessed this assult, and all these witnesses verified what I explained happend. Yet I was written up in-house given a bogus hearing and found guilty, and now I've got 28 days lock-down, no priviledges, and I'm forced to be in full restraints anytime I come out of my cell. Sir during my "hearing", I wasn't allowed to call any witnesses! And why? Because the hearing officer used the excuse that he knew them. Sir this jail is simply trying to cover up this assult on my person, and they refuse to acknowledge the statements of 20-30 inmates, and the report that was taken from one of their own officers Sir my lawyer says he cant do anything, My civil rites have been violated and are continuing to be violated every second I set in this cell. I ask you "please"; sir, do whatever neccessary to make this cruel and unusual punishment stop;

2/21/11

Sincerely;
Prince Price

Prince Price
1001 Centre Way
Chas. WVa.
25309



U.S. District Court
Southern District of W.V.
Honorable Mr. David A. Faber
300 Virginia St. E.
Chas. WVa.
25301-2523

